# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH LAUFER, Individually,<br>    Plaintiff,<br>v.<br><br>NAVNI B. PATEL d/b/a RED CARPET INN<br>GREENVILLE and HIMANI N. PATEL<br>d/b/a RED CARPET INN GREENVILLE,<br>    Defendant. | )<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br> |

### SUMMONS IN A CIVIL ACTION

To:    HIMANI N. PATEL
        1525 South, IL-127
        Greenville, IL 62246

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Kimberly A. Corkill, Esq.
        Thomas B. Bacon, P.A.
        7 N. Coyle Street
        Pensacola, FL 32502
        ph. 850-375-3475
        (877)828-4446

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                                                  *Signature of Clerk or Deputy*